1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169

7  Attorneys for Defendants

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12  ABDULLAH DERAMSIS,                    )
                                          )   No. C 07-6230 MMC
13              Plaintiff,                )
                                          )
14       v.                               )   **STIPULATION TO DISMISS AND**
                                          )   **[PROPOSED] ORDER**
15  ROBERT MUELLER, III, Director, Federal )
    Bureau of Investigation; EMILIO GONZALES, )
16  Director, U.S. Citizenship and Immigration )
    Services (USCIS); MICHAEL CHERTOFF, )
17  Secretary, Department of Homeland Security )
    (DHS); MICHAEL MUKASEY, U.S. Attorney )
18  General, Department of Justice (DOJ); DAVID )
    N. STILL, District Director, USCIS; TERRY )
19  RICE, San Francisco, San Francisco Field Office )
    Director, USCIS,                      )
20                                        )
                Defendants.                )
21  _____ )

22       Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24  of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25  ///

26  ///

27  ///

28

Stipulation to Dismiss
C07-6230 MMC                             1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: March 4, 2008                    Respectfully submitted,

3 |                                          JOSEPH P. RUSSONIELLO
   |                                          United States Attorney

4 |

5 |

6 |                                          _____/s/_____
   |                                          ILA C. DEISS[1]
   |                                          Assistant United States Attorney
7 |                                          Attorney for Defendants

8 |

9 | Dated: March 4, 2008                    _____/s/_____
   |                                          ELIAS Z. SHAMIEH
10|                                          DINA M. SOKHN
   |                                          Attorneys for Plaintiff

11|

12|

13|                              **ORDER**

14| Pursuant to stipulation, IT IS SO ORDERED.

15|

16|
   | Date: _____
17|                                          MAXINE M. CHESNEY
   |                                          United States District Judge
18|

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-6230 MMC                              2