1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDULLAH DERAMSIS, | ) |
| | ) No. C 07-6230 MMC |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| | ) **[PROPOSED] ORDER** |
| ROBERT MUELLER, III, Director, Federal | ) |
| Bureau of Investigation; EMILIO GONZALES, | ) |
| Director, U.S. Citizenship and Immigration | ) |
| Services (USCIS); MICHAEL CHERTOFF, | ) |
| Secretary, Department of Homeland Security | ) |
| (DHS); MICHAEL MUKASEY, U.S. Attorney | ) |
| General, Department of Justice (DOJ); DAVID | ) |
| N. STILL, District Director, USCIS; TERRY | ) |
| RICE, San Francisco, San Francisco Field Office | ) |
| Director, USCIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulation to Dismiss
C07-6230 MMC                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: March 4, 2008                                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney

7 | Attorney for Defendants

8

9 | Dated: March 4, 2008                                    _____/s/_____
ELIAS Z. SHAMIEH

10 | DINA M. SOKHN
Attorneys for Plaintiff

11

12

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date: March 5, 2008

17 | _____
MAXINE M. CHESNEY
United States District Judge

18

---

[1] 4 I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-6230 MMC                                                    2